# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Herbert Council,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-110-2-V

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 16, 2006 Order.

**Signed: March 16, 2006**

Frank G. Johns, Clerk
United States District Court